United States District Court
Southern District of Texas
**ENTERED**
March 05, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| LEOBARDO ARAGUZ, <br>    Plaintiff, <br><br> v. <br><br> DEMPSIE CLINTON, *et al.*, <br>    Defendants. | § <br> § <br> § <br> §    Civil Action No. 1:18-cv-00148 <br> § <br> § <br> § |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (hereafter "R&R") (Docket No. 20) in the above-captioned case. No objections were filed. After a *de novo* review of the record, the Court **ADOPTS** the R&R in its entirety and **GRANTS** the following pleadings: (i) Defendant City of Harlingen, Texas's (hereafter "City") "Motion to Dismiss Defendant Scott Vega" (Docket No. 1 Ex. 1 at 50); (ii) the City's "Plea to the Jurisdiction" (Docket No. 1 Ex. 1 at 56); (iii) and the City's "Motion for Partial Judgment on the Pleadings" (Docket No. 4). Thus, the following claims are **DISMISSED WITH PREJUDICE**: (i) Plaintiff's state claims against Defendant Scott Vega; (ii) Plaintiff's claim of malicious prosecution against the City; and (iii) Plaintiff's claims against the City's Police Department.

Subsequent to the R&R, Plaintiff filed an untimely "Response to the Motion to Dismiss" (hereafter "Untimely Response") (Docket No. 22) and a "Motion for Reconsideration" (Docket No. 23). The Magistrate Judge struck the Untimely Response and denied the Motion for Reconsideration. *See* Docket No. 26. The Defendants' Reply to the Untimely Response (Docket No. 24) and "Plaintiff's Reply to Defendant's Reply to Plaintiff's Response to [the] Motion to Dismiss" (Docket No. 25) are rendered **MOOT**.

Signed on this 5th day of March, 2019.

Rolando Olvera
United States District Court

1