**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| LEOBARDO ARAGUZ,  § <br> Plaintiff, § <br> § <br> v. § <br> § <br> DEMPSIE CLINTON, *et al.*, § <br> Defendants. § | Civil Action No. 1:18-cv-00148 |

## AMENDED ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (hereafter "R&R") (Docket No. 20) in the above-captioned case. No objections were filed. After a *de novo* review of the record, the Court **ADOPTS** the R&R in its entirety and **GRANTS** the following pleadings: (i) Defendant City of Harlingen, Texas's (hereafter "City") "Motion to Dismiss Defendant Scott Vega" (Docket No. 1 Ex. 1 at 50); (ii) the City's "Plea to the Jurisdiction" (Docket No. 1 Ex. 1 at 56); (iii) and the City's "Motion for Partial Judgment on the Pleadings" (Docket No. 4). Thus, the following claims are **DISMISSED WITH PREJUDICE:** (i) Plaintiff's state claims against Defendant Scott Vega; (ii) Plaintiff's claim of malicious prosecution against the City; and (iii) Plaintiff's claims against the City's Police Department.

Signed on this 5th day of March, 2019.

Rolando Olvera
United States District Court