UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LEOBARD ARAGUZ, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:18-cv-00148 |
| | § | |
| DEMPSIE CLINTON, *et al.*, | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (Docket No. 35) in the above-captioned cause of action. No objections have been filed. After a *de novo* review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**.

The Court hereby **REMANDS** the above-captioned case to the 107th Judicial District Court of Cameron County, Texas.

Signed on this 11th day of June, 2019.

Rolando Olvera
United States District Judge